O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 13 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:04-CR-00144-DOC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. | |
| MICHAEL DUNGANH HA | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

1    The court concludes:
2  A.   (✓) Defendant poses a risk to the safety of other persons or the community
3       because defendant has not demonstrated by clear and convincing
4       evidence that: _Defendant submits to_
5       _detention._
6
7
8
9
10 (B)  (✓) Defendant is a flight risk because defendant has not shown by clear
11      and convincing evidence that:
12      _See above._
13
14
15
16
17   IT IS ORDERED that defendant be detained.
18
19
20
21 DATED: February 13, 2017
22
23
24                                      HONORABLE JAY C. GANDHI
                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28